01
02
03
04
05                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
06                            AT SEATTLE

07  UNITED STATES OF AMERICA,           )
                                        )   Case No. CR05-0216-JLR-JPD
08              Plaintiff,              )
                                        )
09         v.                           )   SUMMARY REPORT OF U.S.
                                        )   MAGISTRATE JUDGE AS TO
10  JASSICA MARIE PITTS,                )   ALLEGED VIOLATIONS
                                        )   OF SUPERVISED RELEASE
11              Defendant.              )
    _____ )
12

13         An initial hearing on a petition for violation of supervised release was held before the

14  undersigned Magistrate Judge on February 16, 2006.  The United States was represented by

15  Assistant United States Attorney Todd Greenberg, and the defendant by Mr. Lee Covell.  The

16  proceedings were recorded on cassette tape

17         The defendant had been charged and convicted of Misprision of a Felony in violation of

18  18 U.S.C. § 3565(a)(2).   On or about January 10, 2006, defendant was sentenced by the

19  Honorable James L. Robart to five (5) years of probation.

20         The conditions of supervised release included the requirements that the defendant comply

21  with all local, state, and federal laws, and with the standard conditions.  Special conditions

22  imposed were substance-abuse and mental-health treatment participation, maintaining a single

23  checking account, consenting to search, refraining from any affiliation with prostitution,

24  financial disclosure, and ninety (90) days participation in a Community Sanction Center (CSC).

25         In a Petition for Warrant or Summons, dated February 13, 2006, and a Violation Report

26  and Warrant Request dated February 14, 2006, U.S. Probation Officer Christopher S. Luscher

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

01    asserted the following violation by defendant of the conditions of her supervised release:

02          (1)     Failing to reside in and satisfactorily participate in a halfway house for a term of

03    three months, as of February 9, 2006, in violation of the  special condition imposed at

04    sentencing.

05          The defendant has admitted to the violation, and waived any rights to an evidentiary

06    hearing as to whether it occurred.

07          I therefore recommend that the Court find the defendant to have violated the terms and

08    conditions of her supervised release as to violation No. 1, and that the Court conduct a hearing

09    limited to disposition.   A disposition hearing on violation No. 1 has been set before the

10    Honorable James L. Robart on March 2, 2006, at 10:00 a.m.

11          Pending a final determination by the Court, the defendant has been detained.

12          DATED this 16th day of February, 2006.

13

14                                                    _James P. Donohue_

15                                                    JAMES P. DONOHUE
                                                      United States Magistrate Judge

16

17    cc:    District Judge:              Honorable James L. Robart
              AUSA:                       Mr. Todd Greenberg
18            Defendant's attorney:       Mr. Lee A. Covell
              Probation officer:          Mr. Christopher S. Luscher
19

20

21

22

23

24

25

26

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2